IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON A. CAFFEY,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO. 15-00490-N<br>)<br>)<br>)<br>) |

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Caffey's application for benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Jason A. Caffey and against the Defendant Commissioner of Social Security.

**DONE** and **ORDERED** this the 28th day of October 2016.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**